# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| KEVIN FLOYD, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:18-cv-28 |
| v. | * | |
| BETTY GIBBS; and HARRY SIZEMORE, | * | |
| Defendants. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 8. Plaintiff did not file Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation. The Court **DISMISSES** Plaintiff's monetary damages claims against Defendants in their official capacities. Plaintiff's deliberate indifference claims against Defendants in their individual capacities and claims for non-monetary damages relief against Defendants in their official capacities remain pending.

SO ORDERED, this ___11___ day of ___October___, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)